THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:21-cv-00119-MR

| | |
|---|---|
| HOPE SURROGACY, INC., ) )  Plaintiff, ) ) vs. ) ) CARRYING HOPE SURROGACY, ) LLC, ) ) Defendant. ) _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant's motion for the admission of attorney Christopher R. Liro as counsel *pro hac vice*. [Doc. 25]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion [Doc. 25] is **ALLOWED**, and Christopher R. Liro is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**  Signed: May 3, 2021

Martin Reidinger
Chief United States District Judge