# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:21-cv-00119-MR

| | |
|---|---|
| HOPE SURROGACY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | <u>O R D E R</u> |
| ) | |
| CARRYING HOPE SURROGACY, LLC, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the Defendant's motion for the admission of attorney Aaron T. Olejniczak as counsel *pro hac vice*. [Doc. 26]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion [Doc. 26] is **ALLOWED**, and Aaron T. Olejniczak is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: May 3, 2021

Martin Reidinger
Chief United States District Judge