# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
## Case No. 1:21-cv-119-MR

| | |
|---|---|
| HOPE SURROGACY, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| CARRYING HOPE SURROGACY, LLC, | ) ) ) ) |
| Defendant. | ) |

## JOINT MOTION FOR ENTRY OF CONSENT PROTECTIVE ORDER AND ORDER ON DISCOVER OF ELECTRONICALLY STORED INFORMATION

NOW COME Plaintiff Hope Surrogacy Inc. and Defendant Carrying Hope Surrogacy, LLC to jointly move the Court, pursuant to Fed. R. Civ. P. 26(c), to enter the attached proposed Consent Protective Order and Order on Discovery of Electronically Stored Information, attached as Exhibits A and B respectively.

In support of this Motion, the parties represent that they have conferred and agreed on the terms of the attached proposed Consent Protective Order and Order on Discovery of Electronically Stored Information, that good cause exists to enter the attached orders, and that counsel for all parties consent to this Motion.

WHEREFORE, Plaintiff and Defendant request that the attached proposed Consent Protective Order and Order on Discover of Electronically Stored

Information be entered by the Court at its earliest convenience.

Respectfully submitted this 25th day of May 2021.

| MICHAEL BEST & FRIEDRICH LLP | WOMBLE BOND DICKINSON (US) LLP |
|---|---|
| By: /s/ *Emily M. Haas*<br>Emily M. Haas<br>NC State Bar No. 39716<br>2501 Blue Ridge Road, Suite 390<br>Raleigh, NC 27607<br>Phone: (984) 220-8750<br>Fax: (877) 398-5240<br>emhaas@michaelbest.com<br><br>Laura Konkel<br>lmkonkel@michaelbest.com<br>1 S Pinckney St, Unit 700<br>Madison, WI 53703<br>Phone: (608) 257-3501<br>Fax: (877) 398-5240<br><br>*Attorneys for Plaintiff Hope Surrogacy, Inc.* | By: /s/ *Minnie Kim*<br>Minnie Kim<br>NC State Bar No. 46178<br>301 South College St., Suite 3500<br>Charlotte, NC 28203<br>Phone: (704) 331-4921<br>Fax: (704) 338-7821<br>Minnie.Kim@wbd-us.com<br><br>Christopher R. Liro<br>chris.liro@andruslaw.com<br>Aaron T. Olejniczak<br>aarono@andruslaw.com<br>Andrus Intellectual Property Law LLP<br>790 North Water Street, Suite 2200<br>Milwaukee, WI 53202<br>Phone: (414) 271-7590<br>Fax: (414) 271-5770<br><br>*Attorneys for Defendant Carrying Hope Surrogacy, LLC* |

# CERTIFICATE OF SERVICE

I hereby certify that on this the 25th day of May 2021 a copy of the foregoing **JOINT MOTION FOR ENTRY OF CONSENT PROTECTIVE ORDER AND ORDER ON DISCOVER OF ELECTRONICALLY STORED INFORMATION** was filed with the Clerk of Court using the CM/ECF system which will send notification to opposing counsel at the following addresses:

>Minnie Kim
>301 South College St., Suite 3500
>Charlotte, NC 28203
>Phone: (704) 331-4921
>Fax: (704) 338-7821
>Minnie.Kim@wbd-us.com

>*/s/ Emily M. Haas*
>Attorney for Plaintiff