# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
Case No. 1:21-cv-119-MR

| | |
|---|---|
| HOPE SURROGACY, INC., | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) **DESIGNATION OF MEDIATOR**<br>) |
| CARRYING HOPE SURROGACY, LLC, | )<br>)<br>) |
| Defendant. | ) |

NOW COMES the Plaintiff, Hope Surrogacy, Inc., and designates Raymond E. Owens, Jr. of Higgins & Owens, PLLC as the mediator in this action. Plaintiff and Defendant, Carrying Hope Surrogacy, LLC, have met and conferred, and agree upon this designation.

Respectfully submitted this the 8th day of July, 2021.

                                                  **Michael Best & Friedrich LLP**

                                                  By: */s/ Emily M. Haas*
                                                       Emily M. Haas
                                                       N.C. Bar No. 39,716
                                                       2501 Blue Ridge Road, Suite 390
                                                       Raleigh, NC 27607
                                                       Telephone: (984) 220-8745
                                                       Facsimile: (877) 398-5240
                                                       Email: emhaas@michaelbest.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 8th day of July, 2021 a copy of the foregoing was filed with the Clerk of Court using the CM/ECF system which will send notification to opposing counsel at the following addresses:

> Minnie Kim
> 301 South College St., Suite 3500
> Charlotte, NC 28203
> Phone: (704) 331-4921
> Fax: (704) 338-7821
> Minnie.Kim@wbd-us.com

/s/ Emily M. Haas
*Attorney for Hope Surrogacy, Inc.*